UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Advocate Christ Medical Center          )
4440 West 95th Street                   )
Oak Lawn, IL 60453                      )
                                        )
Advocate Condell Medical Center         )
801 South Milwaukee Avenue              )
Libertyville, IL 60048                  )
                                        ) CASE NO:  1:18-cv-2182
Advocate Illinois Masonic Medical Center )
836 West Wellington Avenue              )
Chicago, IL 60657                       )
                                        )
Advocate Sherman Hospital               )
1425 North Randall Road                 )
Elgin, IL 60123                         )
                                        )
Advocate South Suburban Hospital        )
17800 South Kedzie Avenue               )
Hazel Crest, IL 60429                   )
                                        )
Advocate Trinity Hospital               )
2320 East 93rd Street                   )
Chicago, IL 60617                       )
                                        )
Andalusia Health                        )
849 South Three Notch Street            )
Andalusia, AL 36420                     )
                                        )
Anderson Hospital                       )
6800 State Route 162                    )
Maryville, IL 62062                     )
                                        )
Ashley Regional Medical Center          )
150 West 100 North                      )
Vernal, UT 84078                        )
                                        )
Baptist Health Floyd                    )
1850 State Street                       )
New Albany, IN 47150                    )
                                        )
Baxter Regional Medical Center          )
624 Hospital Drive                      )
Mountain Home, AR 72653                 )

Beaumont Hospital - Farmington Hills    )
28050 Grand River Avenue    )
Farmington Hills, MI 48336    )
    )
Bryan Medical Center - East Campus    )
1600 South 48th Street    )
Lincoln, NE 68506    )
    )
Caldwell Memorial Hospital    )
321 Mulberry Street, SW    )
Lenoir, NC 28645    )
    )
CaroMont Regional Medical Center    )
2525 Court Drive    )
Gastonia, NC 28054    )
    )
Castleview Hospital    )
300 North Hospital Drive    )
Price, UT 84501    )
    )
CHRISTUS Good Shepherd Medical Center    )
700 East Marshall Avenue    )
Longview, TX 75601    )
    )
Clark Memorial Hospital    )
1220 Missouri Avenue    )
Jeffersonville, IN 47130    )
    )
Comanche County Memorial Hospital    )
3401 West Gore Boulevard    )
Lawton, OK 73505    )
    )
Community Hospital    )
901 MacArthur Boulevard    )
Munster, IN 46321    )
    )
Community Hospital Anderson    )
1515 North Madison Avenue    )
Anderson, IN 46011    )
    )
Community Hospital East    )
1500 North Ritter Avenue    )
Indianapolis, IN 46219    )
    )
Community Hospital North    )

7150 Clearvista Drive )
Indianapolis, IN 46256 )
 )
Community Howard Regional Health )
3500 South Lafountain Street )
Kokomo, IN 46902 )
 )
Conway Regional Medical Center )
2302 College Avenue )
Conway, AR 72034 )
 )
DeKalb Memorial Hospital )
1316 East Seventh Street )
Auburn, IN 46706 )
 )
East Alabama Medical Center )
2000 Pepperell Parkway )
Opelika, AL 36801 )
 )
Elkhart General Hospital )
600 East Bouleard )
Elkhart, IN 46514 )
 )
Evanston Hospital )
2650 Ridge Avenue )
Evanston, IL 60201 )
 )
Fayette Regional Health System )
1941 Virginia Avenue )
Connersville, IN 47331 )
 )
Firelands Regional Medical Center - Main )
Campus )
1111 Hayes Avenue )
Sandusky, OH 44870 )
 )
Fitzgibbon Hospital )
2305 South Highway 65 )
Marshall, MO 65340 )
 )
Franciscan Health Hammond )
5454 Hohman Avenue )
Hammond, IN 46320 )
 )
Franciscan Health Indianapolis )
8111 South Emerson Avenue )

Indianapolis, IN 46237                              )
                                                   )
Franciscan Health Michigan City                    )
301 West Homer Street                              )
Michigan City, IN 46360                            )
                                                   )
Franciscan Health Olympia Fields Campus            )
20201 South Crawford Avenue                        )
Olympia Fields, IL 60461                           )
                                                   )
Franciscan St. Francis Health - Beech Grove        )
Campus                                             )
8111 South Emerson Avenue                          )
Indianapolis, IN 46237                             )
                                                   )
Freeman West                                       )
1102 West 32nd Street                              )
Joplin, MO 64804                                   )
                                                   )
Froedtert & Medical College of Wisconsin           )
9200 West Wisconsin Avenue                         )
Milwaukee, WI 53226                                )
                                                   )
Golden Valley Memorial Hospital                    )
1600 North Second Street                           )
Clinton, MO 64735                                  )
                                                   )
Good Samaritan Hospital                            )
520 South Seventh Street                           )
Vincennes, IN 47591                                )
                                                   )
Great River Medical Center                         )
1221 South Gear Avenue                             )
West Burlington, IA 52655                          )
                                                   )
Gundersen Lutheran Medical Center                  )
1900 South Avenue                                  )
La Crosse, WI 54601                                )
                                                   )
Hancock Regional Hospital                          )
801 North State Street                             )
Greenfield, IN 46140                               )
                                                   )
Havasu Regional Medical Center                     )
101 Civic Center Lane                              )
Lake Havasu, AZ 86403                              )

4

HEALTHMARK OF WALTON, INC. d/b/a          )
Healthmark Regional Medical Center         )
4413 United States Highway 331 South       )
Defuniak Springs, FL 32435                 )
                                           )
Hendricks Regional Health Danville         )
1000 East Main Street                      )
Danville, IN 46122                         )
                                           )
Henry Community Health                     )
1000 North 16th Street                     )
New Castle, IN 47362                       )
                                           )
Highpoint Health                           )
600 Wilson Creek Road                      )
Lawrenceburg, IN 47025                     )
                                           )
Holland Hospital                           )
602 Michigan Avenue                        )
Holland, MI 49423                          )
                                           )
Holy Family Memorial Medical Center        )
2300 Western Avenue                        )
Manitowoc, WI 54221                        )
                                           )
Iredell Memorial Hospital                  )
557 Brookdale Drive                        )
Statesville, NC 28677                      )
                                           )
Jackson Purchase Medical Center            )
1099 Medical Center Circle                 )
Mayfield, KY 42066                         )
                                           )
John H. Stroger, Jr. Hospital of Cook County )
1969 West Odgen Avenue                     )
Chicago, IL 60612                          )
                                           )
Johnson Memorial Hospital                  )
1125 West Jefferson Street                 )
Franklin, IN 46131                         )
                                           )
Karmanos Cancer Institute                  )
4100 John R. Street                        )
Detroit, MI 48201                          )
                                           )

King's Daughters' Hospital & Health Services    )
1373 East State Road 62    )
Madison, IN 47250    )
    )
Lake Cumberland Regional Hospital    )
305 Langdon Street    )
Somerset, KY 42503    )
    )
Lakeland Community Hospital    )
42024 Highway 195    )
Haleyville, AL 35565    )
    )
Lenoir UNC Health Care    )
100 Airport Road    )
Kinston, NC 28501    )
    )
Livingston Regional Hospital    )
315 Oak Street    )
Livingston, TN 38570    )
    )
Logan Memorial Hospital    )
1625 Nashville Road    )
Russellville, KY 42276    )
    )
Marion General Hospital    )
441 North Wabash Avenue    )
Marion, IN 46952    )
    )
Mayo Clinic Health System in Eau Claire    )
1221 Whipple Street    )
Eau Claire, WI 54703    )
    )
McLaren Bay Region    )
1900 Columbus Avenue    )
Bay City, MI 48708    )
    )
McLaren Central Michigan    )
1221 South Drive    )
Mount Pleasant, MI 48858    )
    )
McLaren Flint    )
401 South Ballenger Highway    )
Flint, MI 48532    )
    )
McLaren Lapeer Region    )
1375 North Main Street    )

Lapeer, MI 48446                                )
                                               )
McLaren Macomb                                  )
1000 Harrington Boulevard                       )
Mount Clemens, MI 48043                         )
                                               )
McLaren Oakland                                 )
50 North Perry Street                           )
Pontiac, MI 48342                               )
                                               )
McLaren Port Huron Hospital                     )
1221 Pine Grove Avenue                          )
Port Huron, MI 48060                            )
                                               )
Memorial Hospital                               )
615 North Michigan Street                       )
South Bend, IN 46601                            )
                                               )
Memorial Medical Center                         )
2450 South Telshor Boulevard                    )
Las Cruces, NM 88011                            )
                                               )
Mercy Regional Medical Center                   )
800 East Main Street                            )
Ville Platte, LA 70586                          )
                                               )
Methodist Hospital of Chicago                   )
5025 North Paulina                              )
Chicago, IL 60640                               )
                                               )
Methodist Hospitals - Northlake Campus          )
600 Grant Street                                )
Gary, IN 46402                                  )
                                               )
MHP Medical Center                              )
2451 Intelliplex Drive                          )
Shelbyville, IN 46176                           )
                                               )
Minden Medical Center                           )
One Medical Plaza                               )
Minden, LA 71055                                )
                                               )
Mizell Memorial Hospital                        )
702 North Main Street                           )
Opp, AL 36467                                   )
                                               )

Mount Sinai Hospital                                          )
1500 South Fairfield Avenue                                  )
Chicago, IL 60608                                            )
                                                             )
Nicholas H. Noyes Memorial Hospital                          )
111 Clara Barton Street                                      )
Dansville, NY 14437                                          )
                                                             )
North Arkansas Regional Medical Center                       )
620 North Main                                               )
Harrison, AR 72601                                           )
                                                             )
North Georgia Medical Center                                 )
1362 South Main Street                                       )
Ellijay, GA 30540                                            )
                                                             )
Northwest Medical Center                                     )
1530 US Highway 43                                           )
Winfield, AL 35594                                           )
                                                             )
Northwestern Medicine Kishwaukee Hospital                    )
One Kish Hospital Drive                                      )
Dekalb, IL 60115                                             )
                                                             )
Oak Forest Hospital of Cook County                           )
15900 South Cicero Avenue                                    )
Oak Forest, IL 60452                                         )
                                                             )
Opelousas General Hospital - South Campus                    )
3983 I-49 South Service Road                                 )
Opelousas, LA 70570                                          )
                                                             )
Palestine Regional Medical Center                            )
2900 South Loop 256                                          )
Palestine, TX 75801                                          )
                                                             )
Palmetto Health Baptist                                      )
Taylor at Marion Streets                                     )
Columbia, SC 29220                                           )
                                                             )
Parkland Hospital                                            )
5200 Harry Hines Boulevard                                   )
Dallas, TX 75235                                             )
                                                             )
Parkview Regional Hospital                                   )
600 South Bonham Street                                      )

Mexia, TX 76667                                          )
                                                         )
Parkview Regional Medical Center                         )
11109 Parkview Plaza Drive                               )
Fort Wayne, IN 46845                                     )
                                                         )
Piedmont Rockdale Hospital                               )
1412 Milstead Avenue                                     )
Conyers, GA 30012                                        )
                                                         )
ProMedica Monroe Regional Hospital                       )
718 North Macomb Street                                  )
Monroe, MI 48162                                         )
                                                         )
Provident Hospital of Cook County                        )
500 East 51st Street                                     )
Chicago, IL 60615                                        )
                                                         )
Putnam Community Medical Center                          )
611 Zeagler Drive                                        )
Palatka, FL 32177                                        )
                                                         )
Raleigh General Hospital                                 )
1710 Harper Road                                         )
Beckley, WV 25801                                        )
                                                         )
Regional Medical Center of Orangeburg &                  )
Calhoun Counties                                         )
3000 Saint Matthews Road                                 )
Orangeburg, SC 29118                                     )
                                                         )
Reid Hospital                                            )
1100 Reid Parkway                                        )
Richmond, IN 47374                                       )
                                                         )
River Parishes Hospital                                  )
500 Rue De Sante'                                        )
LaPlace, LA 70068                                        )
                                                         )
Riverview Health                                         )
395 Westfield Road                                       )
Noblesville, IN 46060                                    )
                                                         )
RMC Anniston                                             )
400 East Tenth Street                                    )
Anniston, AL 36202                                       )

Rush-Copley Medical Center                               )
2000 Ogden Avenue                                        )
Aurora, IL 60504                                         )
                                                         )
Russell Medical Center                                   )
3316 Highway 280                                         )
Alexander City, AL 35010                                 )
                                                         )
Saint Bernard Hospital and Health Care Center            )
326 West 64th Street                                     )
Chicago, IL 60621                                        )
                                                         )
Saint Catherine Hospital                                 )
4321 Fir Street                                          )
East Chicago, IN 46312                                   )
                                                         )
Saint Francis Hospital Muskogee                          )
300 Rockefeller Drive                                    )
Muskogee, OK 74401                                       )
                                                         )
Saint Mary Medical Center                                )
1500 South Lake Park Avenue                              )
Hobart, IN 46342                                         )
                                                         )
Saint Tammany Parish Hospital                            )
1202 South Tyler Street                                  )
Covington, LA 70433                                      )
                                                         )
Saint Thomas DeKalb Hospital                             )
520 West Main Street                                     )
Smithville, TN 37166                                     )
                                                         )
Saint Thomas River Park Hospital                         )
1559 Sparta Road                                         )
McMinnville, TN 37110                                    )
                                                         )
Saint Thomas Stones River Hospital                       )
324 Doolittle Road                                       )
Woodbury, TN 37190                                       )
                                                         )
Saline Memorial Hospital                                 )
1 Medical Park Drive                                     )
Benton, AR 72015                                         )
                                                         )
Schneck Medical Center                                   )

411 West Tipton Street                                     )
Seymour, IN 47274                                         )
                                                          )
Sidney and Lois Eskenazi Hospital                         )
1001 West Tenth Street                                    )
Indianapolis, IN 46202                                    )
                                                          )
South Shore Hospital                                      )
8012 South Crandon Avenue                                 )
Chicago, IL 60617                                         )
                                                          )
Southern Tennessee Medical Center - Winchester            )
185 Hospital Road                                         )
Winchester, TN 37398                                      )
                                                          )
Southern Tennessee Regional Health System -               )
Lawrenceburg                                              )
1605 South Locust Avenue, Hwy. 43                         )
Lawrenceburg, TN 38464                                    )
                                                          )
Southern Tennessee Regional Health System -               )
Pulaski                                                   )
1265 East College Street                                  )
Pulaski, TN 38478                                         )
                                                          )
SOVAH Health Danville                                     )
142 South Main Street                                     )
Danville, VA 24541                                        )
                                                          )
SOVAH Health Martinsville                                 )
320 Hospital Drive                                        )
Martinsville, VA 24115                                    )
                                                          )
Spectrum Health Butterworth Hospital                      )
100 Michigan Street Northeast                             )
Grand Rapids, MI 49503                                    )
                                                          )
Spectrum Health Pennock Hospital                          )
1009 West Green Street                                    )
Hastings, MI 49058                                        )
                                                          )
St. Bernards Medical Center                               )
225 East Jackson                                          )
Jonesboro, AR 72401                                       )
                                                          )
Starke Hospital                                           )

102 East Culver Road                                )
Knox, IN 46534                                      )
                                                    )
Stonewall Jackson Memorial Hospital                 )
230 Hospital Plaza                                  )
Weston, WV 26452                                    )
                                                    )
Sumner Regional Medical Center                      )
555 Hartsville Pike                                 )
Gallatin, TN 37066                                  )
                                                    )
The University of Toledo Medical Center             )
3000 Arlington Avenue                               )
Toledo, OH 43614                                    )
                                                    )
Thomas Memorial Hospital                            )
4605 MacCorkle Avenue Southwest                     )
South Charleston, WV 25309                          )
                                                    )
Unity Health White County Medical Center            )
3214 East Race Avenue                               )
Searcy, AR 72143                                    )
                                                    )
University of Illinois Medical Center               )
1740 West Taylor Street                             )
Chicago, IL 60612                                   )
                                                    )
University of Virginia Medical Center               )
1215 Lee Street                                     )
Charlottesville, VA 22908                           )
                                                    )
Valley View Medical Center                          )
5330 South Highway 95                               )
Fort Mohave, AZ 86426                               )
                                                    )
Vanderbilt University Hospital                      )
1211 Medical Center Drive                           )
Nashville, TN 37232                                 )
                                                    )
Vaughan Regional Medical Center                     )
1015 Medical Center Parkway                         )
Selma, AL 36701                                     )
                                                    )
Virginia Hospital Center                            )
1701 North George Mason Drive                       )
Arlington, VA 22205                                 )

Wake Forest Baptist Health - High Point Medical )
Center )
601 North Elm Street )
High Point, NC 27262 )
)
Warren Memorial Hospital )
1000 North Shenandoah Avenue )
Fort Royal, VA 22630 )
)
Washington Regional Medical Center )
3215 North Hills Boulevard )
Fayetteville, AR 72703 )
)
Weirton Medical Center )
601 Colliers Way )
Weirton, WV 26062 )
)
Western Plains Medical Complex )
3001 Avenue A )
Dodge City, KS 67801 )
)
Winchester Medical Center )
1840 Amherst Street )
Winchester, VA 22601 )
)
Witham Memorial Hospital )
2605 North Lebanon Street )
Lebanon, IN 46052 )
)
Wooster Community Hospital )
1761 Beall Avenue )
Wooster, OH 44691 )
)
       Plaintiffs, )
)
       vs. )
)
ALEX M. AZAR, II )
Secretary of the United States Department of )
Health and Human Services )
Room 700-E )
200 Independence Avenue, S.W. )
Washington, D.C. 20201 )
)
       Defendant. )

13

## COMPLAINT FOR JUDICIAL REVIEW OF ADMINISTRATIVE DISMISSAL

The Plaintiffs, by counsel, for their complaint against the Defendant, and appealing the Provider Reimbursement Review Board's dismissal of their appeals allege and state:

### PARTIES AND RELEVANT AGENCIES

1.      Plaintiffs are hospitals providing services certified under the Medicare program, and at all relevant times, Plaintiffs were providers under Title XVIII of the Social Security Act, 42 U.S.C. 1395 *et seq.*, (Medicare Act).

2.      The Defendant, Alex M. Azar, II, is the Secretary of the United States Department of Health and Human Services (HHS)—the governmental agency responsible for the Medicare program.

3.      The Centers for Medicare and Medicaid Services (CMS) administers the Medicare program by delegation from, and as agent of, the Secretary.

4.      The Medicare Administrative Contractor (MAC) is an organization that administers the Medicare program in an identified geographic area under contract with CMS pursuant to 42 U.S.C. § 1395h.

5.      The Provider Reimbursement Review Board (PRRB or Board) is an agency of HHS that acts as an administrative hearing body for Medicare reimbursement disputes between Medicare providers and MACs under 42 U.S.C. § 1395oo.

### JURISDICTION AND VENUE

6.      This action arises out of the PRRB's dismissal on jurisdictional grounds of a reimbursement dispute between the Plaintiffs, the MAC, and CMS. The jurisdiction of this Court is founded upon 42 U.S.C. § 1395oo(f)(1) and 28 U.S.C. § 1331.

7.      Venue lies in the United States District Court for the District of Columbia under 42 U.S.C. § 1395oo(f)(1).

## NATURE OF ACTION

8.      This is an action for judicial review, pursuant to 42 U.S.C. § 1395oo(f)(1), of a final decision of the Secretary of HHS denying the Plaintiffs' challenges to the calculation of their Medicare disproportionate share hospital ("DSH") adjustments for the services they furnished to low-income patients during multiple fiscal years.

9.      The Plaintiffs maintain that their DSH reimbursement calculations were understated due to the failure of the CMS and the relevant MAC to include all supplemental security income ("SSI") and Medicare patient days in the Medicare fraction of the Medicare DSH calculation as required by 42 U.S.C. § 1395ww(d)(5)(F) (the "DSH statute").

10.     In enacting the statute, Congress intended the Medicare DSH payment to compensate hospitals, like the Plaintiffs, that shoulder the financial burden of providing care to a disproportionate number of low-income patients.  It is based on a proxy measure for a hospital's low-income patient utilization which is the sum of two fractions expressed as a percentage.  *See* 42 U.S.C. § 1395ww(d)(5)(F)(vi); 42 C.F.R. § 412.106(b).

11.     Although the Plaintiffs satisfied the statutory and regulatory requirements to obtain a hearing before the PRRB, the Board dismissed the Plaintiffs' appeals on the erroneous conclusion that the issues in those appeals were "virtually the same" as those presented in prior appeals in which the Plaintiffs were participants.

12.     As a result of the Board's erroneous conclusion, the Plaintiffs have been denied an opportunity to fully present their claims for DSH payments based on CMS' use of a flawed data match process to calculate the SSI fraction.

## THE DISPROPORTIONATE SHARE HOSPITAL PROGRAM (DSH)

13.     Since 1983, the Medicare program has paid most hospitals under a prospective payment system ("PPS") for inpatient hospital services furnished to an individual who is entitled to benefits under Medicare Part A.  42 U.S.C. §§ 1395ww(d)(1)-(5); 42 C.F.R. Part 412.

14.     Under the PPS, hospitals are reimbursed for providing inpatient services to Medicare beneficiaries at a predetermined rate based on the diagnosis-related grouping ("DRG") to which a patient is assigned.  Each DRG represents the average resources that are required to provide the inpatient services described by the particular DRG category relative to the national per case average for inpatient hospital services.  42 U.S.C. § 1395ww(d)(4) & (5).

15.     Medicare pays these predetermined, standardized amounts per hospital discharge, subject to certain upward payment adjustments for certain qualifying hospitals.  *Id.*

16.     The standard rate paid under the PPS is based on a national average amount of operating costs incurred to treat a Medicare patient with the assigned DRG.  *See id.*  The payment per discharge is subject to further adjustments to account for additional hospital-specific factors that may cause a hospital to incur greater than average operating costs to treat each Medicare Part A patient.  *See* 42 U.S.C. § 1395ww(d)(5).

17.     One of the PPS payment adjustments is the DSH payment.  42 U.S.C. § 1395ww(d)(5)(F); 42 C.F.R. § 412.106.  A hospital that serves a disproportionate share of low-income patients is entitled to an upward percentage adjustment to the standard payment rate per discharge under the prospective payment system.  *Id*.

18.     The DSH adjustment is a percentage add-on to the standard payment rate per hospital discharge under the Part A prospective payment system.  It is intended to compensate a hospital for the higher-than-average costs of treating low-income Medicare beneficiaries whose

care is paid under the Part A PPS.  *See* H.R. Rep. No. 99-241, at 15 (1985), *reprinted in* 1986 U.S.C.C.A.N. 579, 593-94.  When it created the DSH adjustment, Congress identified two reasons why hospitals treating a disproportionate share of low-income patients have higher-than-average costs.  One reason is that low-income Medicare patients are more costly than average to treat; the other is that hospitals that treat a large proportion of low-income patients overall tend to incur higher costs per case for all patients due, in part, to the specialized services they provide and other structural characteristics of these hospitals.  *Id.*

### THE DSH PAYMENT CALCULATION

19.     The calculation of the DSH Payment add-on turns on a hospital's "disproportionate patient percentage" ("DPP"), which is the sum of two fractions expressed as percentages.  *See* 42 U.S.C. § 1395ww(d)(5)(F)(vi); 42 C.F.R. §§ 412.106 (b)-(d).

20.     Generally, the greater the two percentages, the greater the DSH payment to a hospital.

21.     One of the two fractions used to calculate a hospital's DSH payment is commonly called the "Medicare fraction."  The statute defines the Medicare fraction as:

> the fraction (expressed as a percentage), the numerator of which is the number of such hospital's patient days for such period which were made up of patients who (for such days) were *entitled to benefits under [P]art A of [Title XVIII]* and were *entitled to supplemental security income benefits* (excluding any State supplementation) under subchapter XVI of this chapter, and the denominator of which is the number of such hospital's patient days for such fiscal year which were made up of patients who (for such days) were *entitled to benefits under [P]art A of [Title XVIII.]*

42 U.S.C. § 1395ww(d)(5)(F)(vi)(I) (emphasis added).  As the italicized language indicates, the Medicare fraction numerator consists solely of days for patients who were "entitled to benefits under Part A" of Medicare and "entitled to [SSI] benefits."  *Id.*  The denominator includes all patient days for which patients were "entitled to" Part A benefits; whereas the numerator

17

includes only those Part A days for patients who were also "entitled to" supplemental security income benefits under Title XVI during the month in which they were hospitalized.

22.    The second of the two fractions used to compute a hospital's DSH payment is referred to as the "Medicaid fraction."  The statute defines the Medicaid fraction as:

> the fraction (expressed as a percentage), the numerator of which is the number of the hospital's patient days for such period which consists of patients who (for such days) were *eligible for medical assistance under a State plan approved under [Title XIX]*, but who were *not entitled to benefits under [P]art A of [Title XVIII]*, and the denominator of which is the total number of the hospital's patient days for such period.

42 U.S.C. § 1395ww(d)(5)(F)(vi)(II) (emphasis added).  As emphasized above, the numerator of the Medicaid fraction consists of days for patients who both were eligible for medical assistance under Title XIX, or Medicaid, and were "not entitled to benefits under [P]art A" of Title XVIII, or Medicare, for their "patient days" in the hospital.

23.    The SSI program is a federal program that provides benefits to low-income individuals who are either aged 65 or older, or are blind or disabled.  The SSI program is administered by the Social Security Administration ("SSA") under Title XVI, and provides financial and other benefits—including registering SSI enrollees for fully subsidized Medicare Part D prescription drug benefits through the Extra Help program.  *See* 42 U.S.C. § 1381, *et seq.*; 42 U.S.C. § 1395w-114; 42 C.F.R. § 423.773 and 20 C.F.R. § 418.3105; *see also* CMS Manual 100-18, Chapter 13, Premium and Cost-Sharing Subsidies for Low-Income Individuals, at §§ 40.2.2, 40.2.5, 70.5.2.

24.    To implement the DSH legislation, CMS determines the number of patient days for those patients entitled to both Medicare Part A and SSI by matching data from the Medicare Provider Analysis and Review ("MedPAR") file, which is Medicare's database of Provider

inpatients, and the Medicare Enrollment Database (EDB), with a file created for CMS by SSA to identify SSI-entitled individuals.  75 Fed. Reg. 50,041, 50,277-81 (Aug. 16, 2010).

25.     The issue presented in this case involves the calculation of the Medicare fraction. The days that form the numerator of the Medicare fraction (Medicare SSI Days) are identified by matching: SSI eligibility data that originates with the Social Security Administration (SSA); and data derived from Medicare inpatient stays that is maintained by CMS.  Ther Medicare fraction denominator is derived by determining the number of Medicare inpatient days from data derived from Medicare inpatient stays that is maintained by CMS.  The data matching process has been the subject of significant litigation, culminating in *Baystate Medical Center v. Leavitt*, 545 F.Supp.2d 20 (D.D.C. 2008), amended in part 587 F.Supp.2d 37 (D.D.C. 2008), judgment entered 587 F. Supp.2d 44 (D.D.C. 2008).

26.     In this case, it is the Plaintiff Hospitals' contention that their DSH reimbursement calculations were understated due to the failure of CMS and the MAC to accurately include all patients who are entitled to Medicare and SSI benefits in the numerator of the Medicare Fraction of the DSH calculation, as well as accurately include all patients entitled to Medicare benefits in the entire Medicare fraction as required by 42 U.S.C. § 1395ww(D)(5)(F)(b)(i).

### THE PRRB'S DISMISSAL OF PLAINTIFFS' APPEALS

27.     Hospitals have "180 days after notice of the Secretary's final determination," to file an administrative appeal with the Provider Reimbursement Review Board. 42 U.S.C. § 1395oo(a)(3); 42 C.F.R. §.405.1835

28.     Under the applicable regulations a "final determination" includes an action by the PRRB that precludes a Provider from pursing their appeal.  A final determination also includes a Notice of Program Reimbursement (NPR) from a Provider's designated MAC or a Revised

Notice of Program Reimbursement (RNPR) when the matters revised were specifically related to the appeal. 42 C.F.R. § 405.1889.

29.    The Plaintiffs timely filed their appeals with the PRRB within 180 days of the MAC's Notice of Program Reimbursement. Their appeals expressly challenged the calculation of the Medicare fraction when calculating the Plaintiffs' DSH program eligibility and payment.

30.    Under CMS regulations and PRRB rules, CMS is not directly a party to the PRRB appeal but is represented by its agent, the MAC. 42 C.F.R. § 405.1843(b). Thus, the MAC is the adverse party to the Plaintiff hospitals while the appeal is pending before the PRRB.

32.    PRRB rules require that the MAC file a letter within 30 days of the appeal filing with the PRRB advising the Board as to any challenges to Board jurisdiction.

33.    In its decision dismissing Plaintiffs from their Post 1498-R Data Match Appeals that they properly filed within 180 days of their NPRs, the Board improperly found that their Data Match Appeals were "virtually the same" as the Providers' DSH Dual/SSI Eligible Days Appeals, and dismissed Plaintiffs, citing PRRB Rule 4.5 which precludes hospitals from appealing an issue from a final determination in more than one appeal.

31.    On July 24, 2018, the PRRB issued its Jurisdictional Determination concluding that the issue as described in the Plaintiffs' Data Match Group Appeal is virtually the same as the issue in the Dual Eligible Days Group Appeal that had been previously adjudicated, and dismissed the Plaintiffs' appeals under Board Rule 4.5.

### STATEMENT OF AGENCY ERRORS

32.    The PRRB's dismissal of Plaintiffs was arbitrary and capricious and not in accord with the law.

33. The PRRB's conclusion that the issue described in the Plaintiff Hospitals' Data Match Appeal is virtually the same as the issue in the prior Dual Eligible Days appeal is incorrect and arbitrary, capricious, and abusive of discretion, and not in accordance with law under 5 U.S.C. § 706(2)(A).

34. Although the Data Match issue and the Dual Eligible Days issue, among others, both factor into or impact the calculation of the Medicare Fraction for the determination of a provider's DSH payment, the Data Match issue and the Dual Eligible Days issue are separate and distinct issues.

35. The Data Match issue focuses on the Data Match process used by CMS to calculate the entire SSI fraction, which impacts both the numerator and denominator of the SSI fraction. While the *Baystate* case addressed several of the errors in the Data Match process, the Plaintiffs contend that other errors continue to exist, some of which may currently be under review by CMS and/or others that may be addressed through the litigation process. In contrast, the Dual Eligible Days issue is directed to CMS's erroneous interpretation of the DSH statute that causes numerous Dual Eligible Days to be wrongfully excluded from the numerator of the SSI fraction, or alternatively in the numerator of the Medicaid fraction. The focus of the Dual Eligible Days issue is based on CMS's policy that narrowly interprets entitlement to SSI benefits and requires payment which is inconsistent with its interpretation of entitlement to Medicare Part A where CMS concludes that payment is not required.

36. These two claims both influence the computation of the DSH payment for individual providers, but in different, distinct ways, and hence is why the Plaintiff Hospitals appealed them as separate issues. Therefore, the Plaintiffs

should not be precluded from fully litigating their Data Match claims under their DSH calculations.

38.    The Plaintiffs' appeals on the Data Match issue also included other related issues that were dismissed by the Board, such as CMS's refusal to provide access to the Social Security Administration's SSI data necessary to ensure that all SSI entitled days are included in the numerator of the DSH calculation, as well as access to all of Plaintiffs' Medicare days data used by CMS when they perform the data match process which produces the days used in the calculating the Plaintiffs' Medicare fractions, and

the wrongful exclusion of certain SSI status codes from the Data Match process.

37.    The PRRB's dismissal of the Plaintiffs' Data Match Appeals and the complete exclusion of the Plaintiffs' right to litigate the preceding issues was arbitrary, capricious, and an abuse of discretion, and otherwise not in accordance with law.

WHEREFORE, the Plaintiff Hospitals pray as follows:

A.    For an Opinion and Order of the Court finding that the PRRB erred in dismissing the Plaintiffs' appeals;

B.    For an Order reinstating the Plaintiffs' appeals with the PRRB;

C.    For all costs and attorney fees incurred herein; and

D.    For any and all other relief to which Plaintiffs are entitled.

Respectfully submitted,

HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.


/s/ N. Kent Smith
N. Kent Smith, Attorney No. IN177749
500 N. Meridian Street, Suite 400
Indianapolis, IN  46204-1293
(317) 633-4884
*Attorney for Plaintiffs*

4831-4557-3491v3